NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 19-815


NICOLE ARABIE, ET AL.

VERSUS

RICKY SONNIER, ET AL.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2017-3265
HONORABLE ROBERT LANE WYATT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

SHANNON J. GREMILLION

JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Shannon J. Gremillion, D. Kent Savoie, and Jonathan W. Perry, Judges.


APPEAL DISMISSED. APPELLANTS ARE PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRIT.


Raymond Paul Augustin, Jr.
Francine Maria Giugno
Mickey S. deLaup, APLC
2701 Metairie Road
Metairie, LA 70001
(504) 828-2277
COUNSEL FOR DEFENDANTS/APPELLANTS:
    Ricky Sonnier
    Suzanne Sonnier
    Ricky and Suzanne Sonnier o/b/o R. S.

**Henry Minor Pipes, III**
**Pipes, Miles & Beckman**
**1100 Poydras Street, #1800**
**New Orleans, LA 70163**
**(504) 322-7070**
**COUNSEL FOR DEFENDANT/APPELLEE:**
      **Liberty Mutual Insurance Company**

**J. Lee Hoffoss, Jr.**
**Hoffoss  Devall LLC**
**517 West College Street**
**Lake Charles, LA 70605**
**(337) 433-2053**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
      **Nicole Arabie, o/b/o E. N. A.**

**GREMILLION, Judge.**

This court, on its own motion, issued a rule to Defendants-Appellants, Ricky Sonnier and Suzanne Sonnier, individually and on behalf of their minor child, R.S., to show cause why the appeal in the above captioned case should not be dismissed as untimely pursuant to La.Code Civ.P. art. 2087, and for having been taken from a partial final judgment which has not been designated immediately appealable pursuant to La.Code Civ.P. art. 1915(B). For the reasons that follow, we dismiss the appeal.

Plaintiff-Appellee, Nicole Arabie, individually and on behalf of her minor child, E.N.A., filed suit against the Appellants for injuries sustained by E.N.A. in an accident involving a golf cart owned by Appellants and operated by their minor child, R.S. The ruling at issue, a partial summary judgment on the issues of liability and causation of injuries, was rendered on May 3, 2019. The judgment, however, was not designated immediately appealable pursuant to La.Code Civ.P. art. 1915(B). As such, we hereby dismiss the appeal at Appellants' costs.

We note, however, that Appellants' Petition for Devolutive Appeal was filed on August 1, 2019, within thirty days of the "Corrected and Re-Issued" notice of judgment sent to the parties on July 3, 2019. As such, we hereby construe the petition as a timely filed notice of intent to seek a supervisory writ. Appellants may seek review of the trial court's judgment by filing a proper application for writs in compliance with Uniform Rules—Courts of Appeal, Rule 4, no later than February 7, 2020.

**APPEAL DISMISSED. APPELLANTS ARE PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRIT.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Courts of Appeal.